UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Eric Leon Christian,<br><br>    Plaintiff,<br><br> v.<br><br>United States of America,<br><br>    Defendant. | Case No. 2:24-cv-00849-RFB-DJA<br><br>**Order** |

   This matter is before the Court on its review of the docket. On May 7, 2024, the Court denied Plaintiff's application to proceed *in forma pauperis* and gave Plaintiff until June 6, 2024 to file a renewed application or pay the filing fee. (ECF No. 3). On May 11, 2024, Plaintiff filed a document titled "notice of affirmed leave to proceed," in which Plaintiff states that he was given "leave to proceed in appeal" in a criminal case. (ECF No. 7). He states that "[ ]leave to proceed order now applies to the 7 year pending 2242 Habeas Corpus appeal case 2:2017-cv-2707 case," and "[a]s a result the affirmed Leave to Proceed order extends to all cases pending before the District Court of Nevada while in Habeas appeal…" (*Id.*).

   To the extent Plaintiff argues that receiving leave to proceed *in forma pauperis* in one case extends to another, his argument fails. Plaintiff cites no authority to support this argument and the Court is not aware of any. The Court thus declines to allow Plaintiff to proceed *in forma pauperis* based on his notice and will extend the time for him to file an application to proceed *in forma pauperis* or pay the filing fee by thirty days.

   **IT IS THEREFORE ORDERED** that Plaintiff shall have until **September 26, 2024** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $405 filing fee, which includes the $350 filing fee

plus the $55 administrative fee. **Plaintiff is advised that failure to comply with this order may result in a recommendation to the district judge that the case be dismissed.**

DATED: August 27, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE