# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Eric Leon Christian, | Case No. 2:24-cv-00849-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| United States of America, | |
| Defendant. | |

On August 27, 2024, the Court ordered Plaintiff to either file an application to proceed *in forma pauperis* or pay the filing fee on or before September 26, 2024. (ECF No. 20). In that order, the Court informed Plaintiff that "failure to comply with this order may result in a recommendation to the district judge that the case be dismissed." (*Id.*). That deadline has passed and, to date, Plaintiff has not filed anything further in this case.

However, it appears that Plaintiff may not have received the Court's previous order because his mail has been returned as undeliverable. (ECF No. 17). The Court will thus give Plaintiff an additional thirty days to either pay the filing fee or file a complete application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until November 21, 2024 to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $405 filing fee, which includes the $350 filing fee and the $55 administrative fee. **Plaintiff is advised that failure to comply with this order may result in a recommendation to the district judge that this case be dismissed.**

**IT IS FURTHER ORDERED** that Plaintiff must update his address on the docket on or before November 21, 2024. *See* LR IA 3-1 (explaining that a pro se party must immediately file

with the court written notification of any change of mailing address, email address, telephone number, or facsimile number).  **Plaintiff is advised that failure to comply with this order may result in a recommendation to the district judge that this case be dismissed.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of this order and a copy of the approved form application for a non-inmate to proceed *in forma pauperis*.[1]

DATED: October 22, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This form can also be found online at https://www.nvd.uscourts.gov/court-information/forms/ under AO 240.